15122. FULTON TRANSFER & STORAGE CO. *v.* LEVY.

LUKE, J. The only question presented in this case is whether the evidence authorized the verdict. The evidence was. not overwhelmingly in favor of the successful litigant, and was in conflict, but this court cannot say that there was not some evidence to authorize the judgment granted by the trial court. It was not error to overrule the certiorari.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED JANUARY 15, 1924.

Certiorari; from Fulton superior court—Judge Bell. October 2, 1923.

*Troutman & Troutman,* for plaintiff in error.
*George B. Rush,* contra.